## 2010–0486. In re Guernsey.

This cause is pending before the court upon notice of respondent's conviction of a felony. On March 19, 2010, respondent filed a motion for stay of the interim felony suspension. On March 29, 2010, Disciplinary Counsel filed a memo opposing respondent's motion for stay. Upon consideration thereof,

It is ordered by this court that respondent's motion is denied.